McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (209) 498-7272

FILED
2005 OCT 20 P 12:28

UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CR.NO 1: 05 CR 00412 AWI
                           )
            Plaintiff,     )  EX PARTE MOTION TO SEAL
                           )  INDICTMENT PURSUANT
      v.                   )  TO RULE 6(e), FEDERAL
                           )  FEDERAL RULES OF
                           )  CRIMINAL PROCEDURE
RELANDO RENYA JEFFERSON,   )
                           )
            Defendant.     )
_____)

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 20, 2005, charging the above defendant with a violation of Title 18, United States Code, Sections 922(g)(1) - Felon in Possession of a Firearm and other violations, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for

1

1 | the issuance and execution of the warrant.

2 | DATED: October __ 2005                    Respectfully submitted,

3 |                                            McGREGOR W. SCOTT
                                               United States Attorney
4 |
                                               By *[signature]*
5 |                                            KIMBERLY A. KELLY
                                               Assistant U.S. Attorney
6 |

7 | ORDERED as prayed this 20 day of October  2005

8 |                                            *[signature]*
9 |                                            U.S. Magistrate Judge

10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |