

1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY A. KELLY
Assistant U.S. Attorneys
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California  93721
Telephone:  (559) 498-7272

5

6 | IN THE UNITED STATES DISTRICT COURT FOR THE

7 | EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA,        )   1:05-cr-00412 AWI
                                    )
10 |           Plaintiff,            )
                                    )
11 |      v.                         )   REQUEST BY THE UNITED
                                    )   STATES TO UNSEAL
12 | RELANDO RENYA JEFFERSON,        )   COMPLAINT
                                    )
13 |           Defendant.            )
   _____   )

14

15 | Comes now the United States, by and through its attorneys of

16 | record, McGregor W. Scott, United States Attorney, and Kimberly

17 | A. Kelly, Assistant United States Attorney, and request leave of

18 | the Court to unseal the Criminal Complaint in the above-

19 | referenced matter.

20 | DATED: November 29, 2005         Respectfully submitted,

21 |                                  McGREGOR W. SCOTT
                                     United States Attorney
22

23 |                                  By _____
                                        KIMBERLY A. KELLY
24 |                                     Assistant U.S. Attorney

25 | IT IS SO ORDERED:

26 | DATED: November 29, 2005         _____
                                     Hon. SANDRA M. SNYDER
27 |                                  U.S. Magistrate Judge

28

1