```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RELANDO JEFFERSON
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RELANDO JEFFERSON,<br><br>    Defendant. | Case No.: CR-F-05-00412 AWI<br><br>STIPULATION TO ATTEND FUNERAL AND ORDER |

   IT IS HEREBY STIPULATED between the Defendant, RELANDO JEFFERSON, by and through his attorney of record, ANTHONY P. CAPOZZI, and Plaintiff, by and through Assistant United States Attorney, KEVIN ROONEY, that the Defendant, RELANDO JEFFERSON, be allowed to attend the funeral of his mother, Barbara Jean Hampton on Thursday, March 30, 2006.

   Defendant, RELANDO JEFFERSON is currently in custody at the Fresno County Jail.

   The funeral is currently scheduled for Thursday, March 30, 2006 at 11:00 a.m. at the Saint Rest Missionary Baptist Church in Fresno, California.

   The Defendant will return to the Fresno County Jail no later than 4:00 p.m. on Thursday, March 30, 2006 following the funeral.

                              Respectfully submitted,

Dated: March 27, 2006


                                        /s/ Anthony P. Capozzi

                              Anthony P. Capozzi,
                              Attorney for Defendant,
                              RELANDO JEFFERSON


Dated: March 28, 2006


                                        /s/ Kevin Rooney

                              Kevin Rooney
                              Assistant U.S. Attorney

### ORDER

   Good cause having been shown by stipulation of the parties, defendant shall be released temporarily from custody on March 30, 2006 at a time to be determined by the United States Marshal that will allow adequate time for defendant to attend the funeral of his mother scheduled for March 30, 2006 at 11:00 a.m.  Defendant shall return to the custody of the Fresno County Jail no later than 4:00 p.m. on March 30, 2006.  This temporary release shall be for the sole purpose of allowing defendant to attend the funeral of his mother and for no other purpose.

IT IS SO ORDERED.

**Dated:   March 29, 2006**                          **/s/ Anthony W. Ishii**

0m8i78                                    UNITED STATES DISTRICT JUDGE

3