ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RELANDO JEFFERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>RELANDO JEFFERSON,<br><br>            Defendant. | Case No.: CR-F-05-0412 AWI<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendant, RELANDO JEFFERSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kimberly Kelly, that the Status Conference now set for Tuesday, June 5, 2006, 2006, at 9:00 a.m. be continued to Monday, June 26, 2006, 2006 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                 Respectfully submitted,

Dated:  June 1, 2006

                                   /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
RELANDO JEFFERSON

Dated:  June 1, 2006

                                   /s/ Kimberly Kelly
Kimberly Kelly,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the status conference now set for June 5, 2006, be continued to June 26, 2006 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:     June 5, 2006**                              /s/ Anthony W. Ishii
0m8i78                                                         UNITED STATES DISTRICT JUDGE

..