```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
RELANDO REYNAL JEFFERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RELANDO REYNAL JEFFERSON,<br><br>              Defendant.<br>_____ | ) No. Cr. F 05-412 AWI<br>)<br>) **REQUEST FOR APPOINTMENT OF**<br>) **COUNSEL; ORDER**<br>)<br>) **RETROACTIVE CRACK COCAINE**<br>) **REDUCTION CASE**<br>) Date:  May 19, 2008<br>) Time:  9:00 a.m.<br>) Judge: Hon. ANTHONY W. ISHII<br>) |

    Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, RELANDO REYNAL JEFFERSON, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 3, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

    Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Jefferson has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Mr. Jefferson's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Jefferson requests the Court issue the order lodged herewith.

Dated:  April 3, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ *David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

                              Seeking Appointment as Attorney for Movant
                              RELANDO REYNAL JEFFERSON

### **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   April 4, 2008**                  **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE