```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RELANDO REYNAL JEFFERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> RELANDO REYNAL JEFFERSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr. F 05-412 AWI <br><br> **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** <br><br> **RETROACTIVE CRACK COCAINE REDUCTION CASE** <br><br> Date:  May 19, 2008 <br> Time:  9:00 a.m. <br> Judge: Honorable ANTHONY W. ISHII |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 3, 2008. The motion was set for hearing on May 19, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Jefferson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 28.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term 65 months on all counts;

IT IS FURTHER ORDERED that all other terms and provisions of the

original judgment remain in effect.

    Unless otherwise ordered, Mr. Jefferson shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:   April 11, 2008**                    **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE