# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RELANDO REYNAL JEFFERSON ) | Case No: 1:05CR00412-001 |
| ) | USM No: 57684-097 |
| Date of Previous Judgment: _____ ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  10/16/2006  months **is reduced to**  65 MONTHS  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:       29              Amended Offense Level:       28
Criminal History Category:    II              Criminal History Category:   II
Previous Guideline Range:  97  to  121  months    Amended Guideline Range:  87  to  108  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ☐ The reduced sentence is within the amended guideline range.
  X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ☐ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  10/16/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 15, 2008                          /s/ ANTHONY W. ISHII
                                                     Judge's signature

Effective Date:  _____                      ANTHONY W. ISHII, District Court Judge
         (if different from order date)              Printed name and title